█ In the Matter of ROBERT L. CLAREY, a Suspended Attorney. [955 NYS2d 885]

Eng, P.J., Mastro, Rivera, Skelos and Angiolillo, JJ., concur.